UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Winthrop Resources Corporation, a Minnesota corporation,

Plaintiff,

vs.

Transit Group, Inc., a Florida corporation,

Defendant.

---

Court File No. 00-2467 PAM/JGL

**AMENDED ORDER**

This matter came before this Court upon Plaintiff Winthrop Resources Corporation's ("Winthrop") Motion for Summary Judgment.

Having considered the evidence, the pleadings, the arguments of counsel and the Court's file in this case, and there being no genuine issues of material fact to preclude the entry of summary judgment against Defendant as requested by Winthrop, the Court granted judgment in favor of Plaintiff on April 13, 2001. For procedural purposes only, the Court hereby amends its original Order as follows:

**ORDER**

1. Plaintiff's Motion for Summary Judgment (Clerk Doc. No. 5) is granted;

2. Judgment is entered in the amount of $1,000,085.37;

3. Winthrop is entitled to petition the Court at a later date to add to the Judgment amount of $1,000,085.37, attorney's fees and costs incurred by Winthrop in connection with this litigation and its collection efforts.

FILED AUG 1 0 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Winthrop is awarded possession of all the equipment which is subject to that certain Master Lease Agreement between the parties dated October 27, 1999, as supplemented.

Let Judgment be entered accordingly.

Dated this 10th day of August, 2001.

BY THE COURT:

The Honorable Paul A. Magnuson
United States District Court Judge

idmsstp:632765_1

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500